**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

HI-5 ABA, INC., HI-5 ABA PROCESSING,
INC., and ABC BEHAVIOR, a division of
CORNERSTONE MISSIONS, INC.

        Plaintiffs,

        v.                        Civil Action No.:  1:25-cv-1157

EDUCATIONAL & BEHAVIORAL
SUPPORT SERVICES, LLC and
KEITH BELTON,

        Defendants.

_____ /

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Hi-5 ABA, Inc., Hi-5 ABA Processing, Inc., and ABC Behavior, a division of Cornerstone Missions, Inc. (collectively, the "Hi-5 ABA Parties") in the above-captioned action, certifies that there are no parents, trusts, subsidiaries, and/or affiliates of the Hi-5 ABA Parties that have issued shares or debt securities to the public.

s/Benjamin B. Reed
Benjamin B. Reed (Virginia Bar No. 78190)
breed@plavekoch.com
James C. Rubinger (Virginia Bar No. 20317)
jrubinger@plavekoch.com

PLAVE KOCH PLC
3120 Farview Park Drive, Suite 240
Falls Church, Virginia  22042
703-774-1200 (phone)
703-774-1201 (fax)

*Attorneys for Plaintiffs*

July 11, 2025