UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

HI-5 ABA, INC., HI-5 ABA PROCESSING, INC., and ABC BEHAVIOR, a division of CORNERSTONE MISSIONS, INC.

    Plaintiffs,

v.                                          Civil Action No.: 1:25-cv-1157

EDUCATIONAL & BEHAVIORAL SUPPORT SERVICES, LLC and KEITH BELTON,

    Defendants.
_____/

## DISCLOSURE OF CITIZENSHIP IN DIVERSITY JURISDICTION CASES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1 of the Eastern District of Virginia, where jurisdiction is based on a diversity of citizenship, all parties or intervenors in the case must, unless the Court orders otherwise, name and identify the citizenship of every individual or entity whose citizenship is attributable to that party or intervenor.

Parties and intervenors are reminded that the citizenship of a limited liability company, professional corporation, limited partnership, partnership, and unincorporated association is determined by the citizenship of all its members or partners.

| HI-5 ABA, INC. | Commonwealth of Virginia |
|---|---|
| (Plaintiff) | (Citizenship) |
| | |
| HI-5 ABA PROCESSING, INC. | Commonwealth of Virginia |
| (Plaintiff) | (Citizenship) |
| | |
| ABC BEHAVIOR (a division of CORNERSTONE MISSIONS, INC.) | Commonwealth of Virginia |
| (Plaintiff) | (Citizenship) |

- 2 -

| | |
|---|---|
| EDUCATION & BEHAVIORAL SUPPORT SERVICES, LLC | State of California |
| (Defendant) | (Citizenship) |
| | |
| KEITH BELTON | State of California |
| (Defendant/Sole Member of Defendant Educational & Behavioral Support Services, LLC) | (Citizenship) |

July 14, 2025

s/Benjamin B. Reed
Benjamin B. Reed (Virginia Bar No. 78190)
breed@plavekoch.com
James C. Rubinger (Virginia Bar No. 20317)
jrubinger@plavekoch.com

PLAVE KOCH PLC
3120 Farview Park Drive, Suite 240
Falls Church, Virginia  22042
703-774-1200 (phone)
703-774-1201 (fax)

*Attorneys for Plaintiffs*