**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

HI-5 ABA, INC.,
HI-5 ABA PROCESSING, INC., and
ABC BEHAVIOR, a division of
CORNERSTONE MISSIONS, INC.

Plaintiffs,

v. Case No.: 1:25-cv-01157-PTG-WEF

EDUCATIONAL & BEHAVIORAL
SUPPORT SERVICES, LLC, and
KEITH BELTON,

Defendants.
_______________________________________ /

**DECLARATION OF REGINA B. AMOLSCH**
**IN SUPPORT OF PLAINTIFFS' OPPOSITION TO**
**DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(1)**

Regina B. Amolsch declares the following under penalty of perjury:

1. I am an attorney admitted to practice in the Commonwealth of Virginia. I am a partner with the law firm of Plave Koch PLC. Our firm represents the plaintiffs on franchise-related matters, including in this litigation matter with a former franchisee and its owner.

2. Attached as Exhibit 1 to this declaration is a true and correct copy of a letter dated December 4, 2024 that I received via email from Peter Lagarias.

3. Attached as Exhibit 2 to this declaration is a true and correct copy of a December 20, 2024 email that I sent to Peter Lagarias.

4. Attached as Exhibit 3 to this declaration is a true and correct copy of a letter dated December 27, 2024 that I received via email from Peter Lagarias.

5. Attached as Exhibit 4 to this declaration is a true and correct copy of a letter dated June 13, 2025 that I sent to Peter Lagarias via email.

6. Attached as Exhibit 5 to this declaration is a true and correct copy of a June 16, 2025 email that I received from Douglas Luther.

7. Attached as Exhibit 6 to this declaration is a true and correct copy of an email exchange between me and Doug Luther on June 30, 2025 and July 2, 2025.

Pursuant to 18 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed this 30th day of October 2025 at Falls Church, Virginia.

Regina Amolsch

Regina B. Amolsch