IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| HI-5 ABA, INC. et al.<br><br>v.<br><br>EDUCATIONAL & BEHAVIORAL SUPPORT SERVICES, LLC et al. | Case No. 1:25-cv-01157-PTG-WEF |

### ORDER GRANTING MOTION FOR LEAVE

In consideration of Defendants' Motion for Leave, it is hereby:

ORDERED that the Motion is granted. Defendants' Reply (Dkt. #19) shall be considered timely filed and will be considered as part of the briefing related to Defendants' Motion to Dismiss.

/s/ *[signature]*
Leonie M. Brinkema
United States District Judge   12/9/25