## *** CIVIL MOTION MINUTES ***

Date: 1/30/2026                                                  Before the Honorable: **LEONIE M. BRINKEMA**

Time: 11:11 – 11:17        (00:06)                  Case No.: **1:25-cv-1157-LMB-WEF**

Official Court Reporter: Stephanie Austin

Courtroom Deputy: Dani Zirk

---

# HI-5 ABA, INC. ET AL

V.

# EDUCATIONAL & BEHAVIORAL SUPPORT SERVICES, LLC ET AL

---

Appearances of Counsel for:

[ X ]  Plaintiff:  Benjamin Reed
[ X ]  Defendant:  Eric Menhart

**Re:**       [ 12 ]    MOTION to Dismiss

Argued and:

[  ]  Granted   [ X ]   Denied            [  ]  Granted in part/Denied in part

[  ]  Taken Under Advisement          [  ]   Continued to

[  ]   Report and Recommendation to Follow

[ X ]  Order to Follow