IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HI-5 ABA, Inc., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:25-cv-1157 (LMB/WEF) |
| ) | |
| EDUCATIONAL & BEHAVIORAL SUPPORT ) | |
| SERVICES, LLC, et al., ) | |
| ) | |
| Defendants. | |

## ORDER

For the reasons stated in open court, defendants' Motion to Dismiss Pursuant to Rule 12(b)(1), [Dkt. No. 12], is DENIED. Accordingly, it is hereby

ORDERED that the parties mediate their dispute. The parties are strongly recommended to schedule a settlement conference before Judge Fitzpatrick, the magistrate judge assigned to this civil action. If there is serious interest in conducting mediation with Judge Fitzpatrick, then the parties shall file a Joint Notice advising the Court when a conference has been scheduled; and it is further

ORDERED that if mediation fails, defendants shall file an Answer or other responsive pleading within 14 days of the failed mediation.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 30 day of January, 2026.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge