**Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia**

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

| | |
|---|---|
| Authorized Person(s): | Benjamin Boyce Reed |
| Electronic Device(s): | Apple iPhone (and charging cord/block) |
| | Lenovo ThinkPad Laptop computer (with wireless mouse and charging cord) |
| Purpose and Location of Use: | Facilitating ZOOM participation of remote participants during settlement conference conducted in Judge Fitzpatrick's chambers and access to documents |
| Case Name: | Hi-5 ABA, Inc., *et al.* v. Education & Behavioral Support Services, LLC and Keith Belton |
| Case No.: | 1:25-cv-01157-LMB-WEF |
| Date(s) Authorized: | March 17, 2026 |
| IT Clearance Waved | X   (YES)           (NO) |

Date: 3/11/26

APPROVED BY:

WEF/ By oral order
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____     _____
              IT Staff Member                Date(s)

**IT clearance must be completed, unless waived, before court appearance.**