**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

|  |  |
|---|---|
| HI-5 ABA, INC. et al.<br><br>v.<br><br>EDUCATIONAL & BEHAVIORAL<br>SUPPORT SERVICES, LLC et al. | Case No. 1:25-cv-01157-PTG-WEF |

**NOTICE OF WAIVER OF ORAL ARGUMENT RE**
**MOTION TO DISMISS**

Please take notice that, on Friday, May 8, 2026, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendants will present arguments on their Motion for Judgment on the Pleadings Pursuant to Rule 12(c).

\* \* \*

Respectfully submitted,

/s/Eric J. Menhart
Eric J. Menhart, Esq. (VA Bar #93901)
Lexero Law
80 M St SE Ste 100
Washington, D.C. 20003
Phone: 855-453-9376
Fax: 855-453-9376

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, a copy of the foregoing was filed via the Court's electronic filing system and all parties of record were served via that system.

/s/ Eric Menhart
Eric J. Menhart